AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Bozorgmehr Pouyeh )
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:12-cv-23580-KING/TURNOFF
)
Bascom Palmer Eye Institute, )
Public Health Trsut, et al. )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* c/o Andrea Orange, 1320,
Bascom Palmer Eye Institute
South Dixie Highway, Suite 1200,
Coral Gables, Florida 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bozorgmehr Pouyeh
2030 NW 114 St
Miami, FL 33167

Please email to bpouych@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Steven M. Larimore**

CLERK OF COURT

Date: 08/14/13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Bozorgmehr Pouyeh<br>*Plaintiff(s)*<br>v.<br>Bascom Palmer Eye Institute,<br>Public Health Trsut, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)  Civil Action No. 1:12-cv-23580-KING/TURNOFF<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* c/o Andrea Orange, 1320,
University of Miami
South Dixie Highway, Suite 1200,
Coral Gables, Florida 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bozorgmehr Pouyeh   (Please email to bpouyeh@gmail.com)
2030 NW 114 St, Miami, FL 33167

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: 08/14/13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Bozorgmehr Pouyeh )
)
Plaintiff(s) )
v. ) Civil Action No. 1:12-cv-23580-KING/TURNOFF
)
Bascom Palmer Eye Institute, )
Public Health Trsut, et al. )
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* c/o Michael C. Lewis, MD /Senior associate Dean for Graduate Medical Education
Public Health Trust
Clinical Research Building
1120 NW 14th Street, Suite 960
Miami, FL 33136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bozorgmehr Pouyeh   Please email to: bpouyeh@gmail.com
2030 NW 114 St, Miami, FL 33167

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: 08/14/13

*Signature of Clerk or Deputy Clerk*